UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:07-cr-231

CORTEZ DEON QUINN,

                                                            HON. ROBERT HOLMES BELL

    Defendant.
_____/

## MEMORANDUM OPINION

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 750 (docket #33). The Probation Department has filed a Report of Eligibility (ECF No. 50) and finds the defendant is ineligible for a reduction of sentence based upon Guideline Amendment 750 because the defendant was released to the term of supervised release on April 8, 2016. No objections to the report of eligibility have been filed.

ACCORDINGLY, defendant's motion (docket #33) is **DENIED**.


Dated: June 28, 2016                                       /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            UNITED STATES DISTRICT JUDGE